# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

135152

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARBARA WAYLAND, as Guardian of
THELMA JOHNSON, an Incapacitated
Individual,
        Plaintiff-Appellee,

v

NEW LIGHT NURSING HOME
CORPORATION, d/b/a NEW LIGHT
NURSING HOME,
        Defendant-Appellant.

SC: 135152
COA: 271821
Wayne CC: 02-231290-NM

_____/

On order of the Court, the application for leave to appeal the September 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

Clerk

s0423